**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYMON ALLEN CURTIS, | No. C 06-7812 MHP (pr) |
| Petitioner, | **JUDGMENT** |
| v. | |
| KEN GARCIA, warden, | |
| Respondent. | |

The petition for writ of habeas corpus is denied.

IT IS SO ORDERED AND ADJUDGED.

DATED: July 14, 2008

Marilyn Hall Patel
United States District Judge